

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00191-CR

_____


ZACHERY DALE LUCKETT, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 102nd Judicial District Court
Red River County, Texas
Trial Court No. CR00735


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Zackery Dale Luckett appeals from his revocation of community supervision and adjudication of guilt for two aggravated sexual assault offenses against a child. Luckett has filed a single brief, in which he raises an issue common to all of his appeals. He argues that the evidence was insufficient for the trial court to find he committed forgery in violation of a condition of his community supervision.

We addressed this issue in detail in our opinion of this date on Luckett's appeal in cause number 06-09-00190-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Jack Carter
Justice

Date Submitted: March 11, 2010
Date Decided: March 12, 2010

Do Not Publish

2